**780**

**278 So.2d 733**

**In re Claude GOODMAN, alias**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 389.**

Supreme Court of Alabama.

May 24, 1973.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

JONES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Goodman, alias v. State, 50 Ala.App. 281, 278 So.2d 729.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

**284 So.2d 740**

**In re Charlie GRISSOM, alias**

**v.**

**STATE.**

**Ex parte Charlie Grissom.**

**SC 559.**

Supreme Court of Alabama.

Oct. 25, 1973.

James F. Hinton, Gadsden, for petitioner.

No brief for the state.

MADDOX, Justice.

Petition of Charlie Grissom for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Grissom v. State, 51 Ala.App. 285, 284 So.2d 739.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

**280 So.2d 830**

**In re Lloyd HADLEY and Juan Dean**

**v.**

**STATE.**

**Ex parte STATE of Alabama, ex rel. ATTORNEY GENERAL.**

**SC 429.**

Supreme Court of Alabama.

July 12, 1973.

William J. Baxley, Atty. Gen., and George W. Royer, Jr., Asst. Atty. Gen., for the State.

No brief for respondent.

McCALL, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hadley and Dean v. State, 50 Ala.App. 555, 280 So.2d 827.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.